UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-80269-MIDDLEBROOKS

CHRIS ALBANO, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

MRS BPO, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, filed June 17, 2024. (DE 20). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' stipulation is self-executing, and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The claims against Defendant by Plaintiff are **DISMISSED WITH PREJUDICE**.

(2) Each Party shall bear its own attorneys' fees and costs except as provided by agreement.

(3) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 18 day of June, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record